437 A.2d 1229

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Samuel CLARK, Appellant.**

Supreme Court of Pennsylvania.

Submitted Oct. 27, 1981.

Decided Dec. 30, 1981.

Warren R. Hamilton, Philadelphia, court-appointed for appellant.

Robert B. Lawler, Chief, Appeals Div., Ann Lebowitz, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

PER CURIAM.

The judgments of sentence are affirmed.